■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN PRESHA, Appellant.—Judgment unanimously affirmed. Memorandum: It was not an abuse of discretion for the suppression court to preclude cross-examination of a police witness concerning acts committed by the "hit squad", to which the witness occasionally was assigned (see, *People v Chatman,* 186 AD2d 1004). The extent of the cross-examination of a witness concerning collateral issues designed only to impeach that witness' credibility is within the sound discretion of the court (see, *People v Sorge,* 301 NY 198, 201-202). In our view, the court did not abuse its discretion by refusing to allow cross-examination of a police witness on matters immaterial to the issues to be resolved at the suppression hearing. (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Robbery, 1st Degree.) Present—Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ.